UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61142-CIV-SINGHAL

ISAAC FLORENS COHEN,

Plaintiff,

v.

TODD BLANCHE, *et al.*,

Defendants.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal filed by Plaintiff (DE [7]).  Plaintiff notified the Court that USCIS has adjudicated his I-129F and I-130 Petitions and that this action is therefore moot.  Having reviewed the Notice of Voluntary Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE.**  The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 20th day of July 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF